UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81110-CIV-SMITH

HENRY GRIGORIAN, ET AL.,

    Plaintiffs,

vs.

BARBAR REALTY PARTNERS, LLC,

    Defendant.
_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 18]. Accordingly, it is

ORDERED that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

2. All other claims are **DISMISSED without prejudice.**

3. All pending motions not otherwise ruled upon are DENIED as moot.

4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of October, 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record